**Dismiss and Opinion Filed December 6, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00826-CV**

**SEAN PAGE, Appellant**
**V.**
**GUADULUPE DE LA CRUZ, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-05249-2020**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Kennedy
Opinion by Justice Goldstein

The clerk's record in this case has not been filed. By letter dated October 22, 2024, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification he (1) had either paid for or made arrangements to pay for the clerk's record, or (2) was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required

documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

240826f.p05

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

SEAN PAGE, Appellant

No. 05-24-00826-CV     V.

GUADULUPE DE LA CRUZ, Appellee

On Appeal from the 401st Judicial District Court, Collin County, Texas Trial Court Cause No. 401-05249-2020.

Opinion delivered by Justice Goldstein. Chief Justice Burns and Justice Kennedy participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 6th day of December, 2024.